South Dakota Professional Services

PO Box 74
Sioux Falls, SD 57101
Phone (605) 368-1037
Email: info@sdprofessionalservices.com

**Invoice**

| Date | Invoice # |
|---|---|
| 9/11/2014 | 314 |

| Bill To |
|---|
| Skaar & Feagle, LLP<br>Attn: Matthew Skaar<br>108 E. Ponce de Leon Avenue, Suite 204<br>Decatur, GA 30030 |

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 15 |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Process Service To First Premier Bank, Sioux Falls, SD-Case: 1:14-cv-02844-RWS | 25.00 | 25.00T |
| 1 | Mileage Fee | 2.00 | 2.00T |
|  | Sales Tax | 6.00% | 1.62 |

We provide Private Investigation, Skiptracing and Process Serving in South Dakota and Iowa.

**Total** $28.62

Pay online at: https://ipn.intuit.com/x339bdnx